# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:25−cv−01956−LK

Manu v. National Collegiate Athletic Association
Assigned to: Judge Lauren King
Cause: 15:1 Antitrust Litigation

Date Filed: 10/09/2025
Jury Demand: None
Nature of Suit: 410 Anti−Trust
Jurisdiction: Federal Question

**Plaintiff**

**Jacob Manu**     represented by     **Mark Rosencrantz**
CARNEY BADLEY SPELLMAN PS
701 FIFTH AVE
STE 3600
SEATTLE, WA 98104−7010
206−622−8020
Fax: 206−467−8215
Email: rosencrantz@carneylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Wright**
CARNEY BADLEY SPELLMAN PS
701 FIFTH AVE
STE 3600
SEATTLE, WA 98104−7010
206−622−8020
Email: wright@carneylaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**National Collegiate Athletic Association**     represented by     **Kayla 'Auli' Ganir**
*an Indiana company*
DORSEY & WHITNEY (WA)
701 FIFTH AVE
STE 6100
SEATTLE, WA 98104−7043
206−903−2410
Email: ganir.kayla@dorsey.com
*ATTORNEY TO BE NOTICED*

**Nathan Thomas Alexander**
DORSEY & WHITNEY (WA)
701 FIFTH AVE
STE 6100
SEATTLE, WA 98104−7043
206−903−8800
Fax: 206−903−8820
Email: alexander.nathan@dorsey.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2025 | 1 | COMPLAINT against defendant(s) National Collegiate Athletic Association (Receipt # AWAWDC−9220462) Attorney Christopher Wright added to party Jacob Manu(pty:pla) filed by Jacob Manu. (Attachments: # 1 Exhibit NCAA Manual Excerpts, # 2 Civil Cover Sheet, # 3 Summons)(Wright, Christopher) (Entered: 10/09/2025) |
| 10/16/2025 |  | Hon. Michelle L. Peterson added. (MG) (Entered: 10/16/2025) |
| 10/16/2025 | 2 | Summons(es) Electronically Issued as to defendant(s) National Collegiate Athletic Association (MG) (Entered: 10/16/2025) |
| 10/22/2025 | 3 | MOTION for Temporary Restraining Order , filed by Plaintiff Jacob Manu. (Attachments: # 1 Proposed Order) Noting Date 10/22/2025, (Rosencrantz, Mark) (Entered: 10/22/2025) |
| 10/22/2025 | 4 | DECLARATION of Jedd Fisch filed by Plaintiff Jacob Manu re 3 MOTION for Temporary Restraining Order (Rosencrantz, Mark) (Entered: 10/22/2025) |
| 10/22/2025 | 5 | DECLARATION of Mark Rosencrantz filed by Plaintiff Jacob Manu re 3 MOTION for Temporary Restraining Order (Rosencrantz, Mark) (Entered: 10/22/2025) |
| 10/22/2025 | 6 | DECLARATION of Kiley Strong filed by Plaintiff Jacob Manu re 3 MOTION for Temporary Restraining Order (Rosencrantz, Mark) (Entered: 10/22/2025) |
| 10/22/2025 | 7 | MINUTE ORDER REASSIGNING CASE by Clerk Ravi Subramanian. Case reassigned to Judge Lauren King for all further proceedings. Hon. Michelle L. Peterson no longer assigned to case. (AQ) (Entered: 10/22/2025) |
| 10/22/2025 | 8 | MINUTE ORDER (text only) authorized by Judge Lauren King. The Court orders the parties to file supplemental briefs addressing whether the Court should transfer, dismiss, or stay this action in light of the first−to−file rule and the pendency of an earlier filed case, *Patterson v. National Collegiate Athletic Association*, 3:25−cv−00994 (M.D. Tenn.), in which Plaintiff appears to be a member of the putative injunctive relief class that advances the same claims and seeks the same relief of enjoining the NCAA from enforcing the Four Seasons Rule and the Redshirt Rule. Plaintiff must file a supplemental brief by 10/29/2025 addressing this issue, and Defendant must file its response by 11/5/2025. Plaintiff may file an optional reply by 11/10/2025 and must alert the Court as soon as possible if he does not plan to file an optional reply. (NAW) (Entered: 10/22/2025) |
| 10/24/2025 | 9 | MOTION Clarification of the Court's October 22, 2025 Minute Order *and Notice of Intent to Oppose Motion for TRO*, filed by Defendant National Collegiate Athletic Association. Noting Date 10/24/2025, (Alexander, Nathan) (Entered: 10/24/2025) |
| 10/24/2025 | 10 | The Court GRANTS Defendant National Collegiate Athletic Association's 9 Motion for Clarification and clarifies that the Court will set a briefing schedule on Plaintiff's 3 Motion for TRO if needed after it reviews the parties' briefs relating to its 8 Minute Order. (King, Lauren) (Entered: 10/24/2025) |
| 10/28/2025 | 11 | NOTICE of Appearance by attorney Nathan Thomas Alexander on behalf of Defendant National Collegiate Athletic Association. (Alexander, Nathan) (Entered: 10/28/2025) |
| 10/28/2025 | 12 | WAIVER OF SERVICE of Summons upon defendant National Collegiate Athletic Association mailed on 10/16/2025 (Alexander, Nathan) (Entered: 10/28/2025) |
| 10/29/2025 | 13 | CORPORATE DISCLOSURE STATEMENT indicating no Corporate Parents and/or Affiliates. Filed pursuant to Fed.R.Civ.P 7.1(a)(1). Filed by National Collegiate Athletic Association. (Alexander, Nathan) (Entered: 10/29/2025) |

| 10/29/2025 | 1 | Attorney Kayla 'Auli' Ganir added for Defendant National Collegiate Athletic Association; per 11 Notice of Appearance. (KRA) (Entered: 10/29/2025) |
| --- | --- | --- |
| 10/29/2025 | 14 | MEMORANDUM filed by Plaintiff Jacob Manu re 3 MOTION for Temporary Restraining Order *[Per Dkt 8]* (Rosencrantz, Mark) (Entered: 10/29/2025) |
| 10/29/2025 | 15 | Supplemental DECLARATION of Mark Rosencrantz filed by Plaintiff Jacob Manu re 3 MOTION for Temporary Restraining Order (Rosencrantz, Mark) (Entered: 10/29/2025) |
| 11/05/2025 | 16 | *Supplemental* BRIEF *Regarding First−to−File Rule* by Defendant National Collegiate Athletic Association (Alexander, Nathan) (Entered: 11/05/2025) |
| 11/05/2025 | 17 | ERRATA re 16 Brief by Defendant National Collegiate Athletic Association (Alexander, Nathan) (Entered: 11/05/2025) |
| 11/05/2025 | 18 | *Corrected Supplemental* BRIEF re 16 Brief, 17 Errata by Defendant National Collegiate Athletic Association (Alexander, Nathan) (Entered: 11/05/2025) |
| 11/06/2025 | 19 | REPLY, filed by Plaintiff Jacob Manu, TO RESPONSE to 3 MOTION for Temporary Restraining Order (Rosencrantz, Mark) (Entered: 11/06/2025) |
| 11/10/2025 | 20 | ORDER TO TRANSFER CASE. The Court DIRECTS the Clerk to immediately TRANSFER this matter to the United States District Court for the Middle District of Tennessee as related to Patterson v. National Collegiate Athletic Association, 3:25−cv−00994 (M.D. Tenn.). Signed by Judge Lauren King. (KRA) (Entered: 11/10/2025) |