## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **JACOB MANU,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:25-cv-01311** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **NATIONAL COLLEGIATE** | ) | **MAGISTRATE JUDGE NEWBERN** |
| **ATHLETIC ASSOCIATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This matter was recently transferred to the undersigned from the United States District Court for the Western District of Washington. (*See* Doc. No. 21). Pending before the Court are Plaintiff's Motion for Temporary Restraining Order (Doc. No. 2), which was filed before the case was transferred, and Plaintiff's motion for a status conference "to facilitate consideration of [the] motion for a TRO" and to set a briefing schedule, if necessary. (Doc. No. 26).

The record shows that Defendant has not yet responded to the Motion for Temporary Restraining Order except on the limited issue of whether the case should be transferred to this Court. Accordingly, the Court sets the following briefing schedule: Defendant shall file a response to Plaintiff's Motion for Temporary Restraining Order by November 21, 2025, and Plaintiff may file a reply within 7 days.

It does not appear a status conference is necessary at this time. Accordingly, Plaintiff's motion for a status conference (Doc. No. 26) is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE